IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIFT CARD GRANNY, LLC, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. _____ |
| CARDCASH EXCHANGE INC., | : |
| Defendant. | : |

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff Gift Card Granny, LLC ("Plaintiff"), by and through its attorneys, hereby moves for an order permitting the filing of Plaintiff's Complaint and Exhibits A–B to the Complaint under seal. In support of its Motion, Plaintiff states as follows:

1. "[C]ourts may deny access to judicial records . . . where they are sources of business information that might harm a litigant's competitive standing." *Republic of Philippines v. Westinghouse Elec. Corp*, 949 F.2d 653, 662 (3d Cir. 1991). "Documents containing trade secrets or other business information may be protected from disclosure." *Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 165 (3d Cir. 1993).

2. At the heart of this dispute is a March 16, 2017, Referral Agreement ("Agreement") between Plaintiff and Defendant CardCash Exchange Inc. ("Defendant"). A copy of the Agreement is attached as Exhibit A to Plaintiff's Complaint. Sections 4.3 and 4.7 of the Agreement contain confidentiality provisions that preclude the parties from publicly disclosing or referencing the terms of the Agreement.

3. The Complaint and its supporting Exhibits, which includes a copy of the confidential Agreement, repeatedly refer to the Agreement's terms, what they mean, application of the terms to the

facts, etc., all of which exposes, directly or indirectly, contract terms and other information deemed confidential under §§ 4.3 and 4.7 of the Agreement.

4. Pursuant to this Court's Administrative Procedure G, Plaintiff will provide a courtesy copy of the sealed documents, and will also file redacted versions of the Complaint and Exhibits A–B to the Complaint within seven (7) days of this filing.

WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff to file the Complaint and Exhibits A–B to the Complaint under seal.

Dated: May 17, 2018

**BLANK ROME LLP**

*/s/ Adam V. Orlacchio*
Adam V. Orlacchio (DE #5520)
Craig N. Haring (DE #6231)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6431 (Telephone)
(302) 425-6464 (Facsimile)
Orlacchio@BlankRome.com
CHaring@BlankRome.com

Of Counsel:
Daniel E. Rhynhart
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103

*Attorneys for Plaintiff,*
*Gift Card Granny, LLC*